OPINION — AG — THE PROVISO OF 59 O.S. 1961 353.11 [59-353.11] WHICH REQUIRES THE BOARD OF PHARMACY TO TURN OVER TO THE ASSOCIATION $2.50 OF THE ANNUAL FEES COLLECTED BY IT FOR EACH PHARMACIST OR ASSISTANT PHARMACIST WHO HAS PAID HIS FEE IS UNCONSTITUTIONAL. THEREFORE, THE BOARD IS NOT REQUIRED TO MAKE THE PAYMENT. CITE: ARTICLE X, SECTION 14 ARTICLE X, SECTION 19, 59 O.S. 1961 353.10 [59-353.10], 59 O.S. 1961 353.7 [59-353.7] (BRIAN H. UPP) ** SEE OPINION NO. 67-250 (1967) **